CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED
February 09, 2026
LAURA A. AUSTIN, CLERK
BY: s/ FELICIA CLARK
    DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| **JOSEPH ALEXANDER,** | |
| Plaintiff, | Case No. 1:26CV00022 |
| v. | **OPINION** |
| **DAWN HILL-KEARSE and SERGIO JIMENEZ,** | JUDGE JAMES P. JONES |
| Defendants. | |

The pro se Complaint in this case appears to be fictitious and will be dismissed for that reason and because it fails to state any claim for relief.

The Complaint is completely devoid of facts — only mere conclusions and "naked assertion[s]." *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (quoting *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 557 (2007). Moreover, the plaintiff has shown no basis for the subject-matter jurisdiction of this Court, stating only that "[t]he basis for this court's jurisdiction is federal law." Compl. 1, Dkt. No. 1. There is no indication of where any events occurred, or where the defendants are located.

The Application to Proceed in Forma Pauperis (IFP Application) is also deficient. Under oath, it answers "No" for any type of property owned, as well as for owing any debts or financial obligations. It claims monthly earnings of $1,000 for gross pay or wages, and the same amount for take-home pay or wages. It also

responds to a request for the name and address of the applicant's employer with "would not disclose." IFP Appl. 1, Dkt. No. 2.

While many pro se civil complaints fail to state a claim upon which relief can be granted, this Complaint is special. It is one of several that have recently been filed in this Court as well as in federal district courts around the country, all nearly identical, but with differently named plaintiffs.[1] While various defendants are named, Sergio Jimenez is a usual defendant. The applications to procced in forma pauperis are also similar and the plaintiffs' purported addresses are in various cities around the United States.

It is likely that the person actually filing these cases is named Feifei (or Fei Fei) Gu. Gu "is an individual living in Brooklyn, New York and is a frequent filer of federal lawsuits in the United States District Court for the Eastern District of New York, and has been enjoined from filing any civil action in that court without prior authorization." *Gu v. Abadi*, No. 25-1464, 2025 WL 2719366, at *1 (W.D. Pa. Sept.

---

[1] The complaints were all found plainly insufficient. See *Sullivan v. Pacheco*, No. s26-145 GBW, 2026 WL 212784 (D.N.M. Jan. 27, 2026); *Alexander v. Hill-Kearse*, No. 26-CV-0040-CVE-JFJ, 2020 WL 208625 (N.D. Okla. Jan. 27, 2026); *Adams v. Jimenez*, No. 1:26CV00018, 2026 WL 184292 (W.D. Va. Jan. 23, 2026); *Adams v. Jimenez*, No. 26-CV-2025, 2026 WL191930 (S.D. Ill. Jan 23, 2026); *Adams v. Jimenez*, No. CIV-26-94-R, 2026 WL 174180 (W.D. Okla. Jan. 22, 2026); *Williams v. Pacheco*, No. CV 26-00001, 2026 WL 146986 (D. Guam Jan. 20, 2026); *Williams v. Jimenez*, No. 5:26-cv-00001 (W.D. Va. Jan. 5, 2026); *Williams v. Jimenez*, No. CIV-26-31-SLP), 2026 WL 78147 (W.D. Okla. Jan. 9. 2026); *Williams v. Jimenez*, No. 7:26-CV-002-WLS, 2026 WL 78135 (M.D. Ga. Jan. 9, 2026); *Williams v. Jimenez*, No. CV-26-00008-TUC-SHR, 2026 WL 64153 (D. Ariz. Jan. 8, 2026).

24, 2025) (cleaned up). It appears that these lawsuits arose out of litigation Gu brought against Jimenez and others in state court. See *Gu v. Zeng,* No. 23-CV-4168(EK)(LB), 2023 WL 4138519, at *1 (E.D.N.Y. June 22, 2023), *appeal dismissed sub nom. Gu v. Jimenez*, No. 23-1038, 2023 WL 9231563 (2d Cir. Nov. 22, 2023), *cert. denied*, 144 S. Ct. 1396 (2024). Gu has filed suits under her real name in courts other than the Eastern District of New York, with complaints and IFP applications similar in appearance to the present ones. See *Gu v. Jimenez*, No. 25-CV-02326-RBM-AHG, 2026 WL 174213 (S.D. Cal. Jan 22, 2026); *Gu v. Yahoo, Inc.*, No. 25-cv-04769, 2025 WL 2429719 (N.D. Cal. July 21, 2025), *R. & R. adopted*, 25-cv-04769-PCP (N.D. Cal. Aug. 5, 2025), *Gu v. Abadi*, No. 1:25-cv-00058-JPJ-PMS (W.D. Va. Sept. 26, 2025), *aff'd*, No. 25-2204, 2025 WL 3772079 (4th Cir. Dec. 31, 2025) (unpublished).

For these reasons, the IFP Application will be denied, and the case will be dismissed. A separate Judgment will be entered. The Clerk shall mail a copy of this Opinion and the Judgment to Feifei Gu, 2526 85th Street, Brooklyn, NY 11214, as well as to the address of the named plaintiff written on the envelope received.

DATED: February 7, 2026

/s/  JAMES P. JONES
Senior United States District Judge