CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED
February 09, 2026
LAURA A. AUSTIN, CLERK
BY: s/ FELICIA CLARK
      DEPUTY CLERK

### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF VIRGINIA
### ABINGDON DIVISION

| | |
|---|---|
| **JOSEPH ALEXANDER,** | |
| Plaintiff, | Case No. 1:26CV00022 |
| v. | **JUDGMENT** |
| **DAWN HILL-KEARSE and SERGIO JIMENEZ,** | JUDGE JAMES P. JONES |
| Defendants. | |

For the reasons stated in the Opinion accompanying this Judgment, the Application to Proceed in Forma Pauperis is DENIED and this case is DISMISSED with prejudice. The Clerk shall close the case.

ENTER: February 7, 2026

/s/ JAMES P. JONES
Senior United States District Judge